and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE RICH-SAMPLINER KNITTING MILLS COMPANY, Appellant, v. CRESCENT KNITTING CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SEBASTIAN BELLUSO, Appellant, v. CARMELINA BELLUSO, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANDREW WILSON, Respondent, v. COMPANIA TRASMEDITERRANEA, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch and McAvoy, JJ.

PIONEER DIME BANK OF CARBONDALE, PA., Respondent, v. WILLIAM H. BARNARD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES S. NELSON, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; McAvoy and Martin, JJ., dissenting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD JOHNSON, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.; Clarke, P. J., and McAvoy, J., dissenting.

OTTO WEGENER, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant, Impleaded with Another.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $1,136.60; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS ARKIN, as Executor, etc., of ABRAHAM ARKIN, Deceased, Respondent, v. JACOB HOLTZBERG and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARTHUR E. SMITH, Respondent, v. THE DEE REALTY CORPORATION and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch and Martin, JJ.

HARRY I. DAVIS, Respondent, v. HARRY WADLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH F. LOUGHERY, Appellant, v. VITO CATALANO and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES STEBER v. THE PALM KNITTING MILLS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES STEBER v. THE PALM KNITTING MILLS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMPSON-STARRETT COMPANY, Respondent, v. THREE HUNDRED PARK AVENUE.

Inc., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Thompson-Starrett Company, Respondent, v. Three Hundred Park Avenue, Inc., Appellant, Impleaded with Others.— Motion for stay denied, with ten dollars costs and stay vacated. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Benjamin Klinger v. Herman Ressler.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

The People of the State of New York ex rel. Morris Rymoshovsky v. Alfred A. Taylor, as Commissioner, etc.— Preference granted for January 8, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

The People of the State of New York ex rel. Clarence W. Barron v. Walter H. Knapp and Others, Appellants. The City of New York, Intervenor, Appellant.— Preference granted for January 8, 1924. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Johnson & Carey Company v. William F. Carey.— Motion granted and argument of appeal adjourned for ten days after serving and filing of substituted brief. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

Lippe-Stoessel Trucking Company, Inc., Respondent, v. Lion Brewery of New York City, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

The People of the State of New York, Respondent, v. Harry M. Winitsky, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Owen S. M. Tierney, as Trustee in Bankruptcy of Estate of Lexington Leather Goods Co., Inc., Bankrupt, Respondent, v. J. C. Dowd & Co., Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Harriet Cortlang, Respondent, v. Charles R. O'Connor and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Martin, JJ.

Susquehanna Silk Mills, Respondent, v. Seymour Abrams, Doing Business as the Standard Costume Company, Appellant.— Judgment modified by reducing the amount as entered to the sum of $6,049.59, and as so modified affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Minnie Weiss, as Administratrix, etc., of Leopold Weiss, Deceased, Respondent, v. American Railway Express Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

Herman Slomin, an Infant, by Jacob Slomin, His Guardian ad Litem, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Merrell, J., dissenting.

In the Matter of the Application of The City of New York, Respondent, Relative to Acquiring Title, etc., to the Lands, etc., Required for the Opening